# **EXHIBIT C**

# RHODE ISLAND

PREPARED BY SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
SECURITY CONNECTIONS INC.
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401
PH:(208)528-9895
ATT: TERRILL NIELSON

RECEIVED FOR RECORD
WESTERLY R.I.

Oct 09,2012 at 09:49A

BOOK  1932 PAGE   724
 DOC #: 00005252

TOWN OF **WESTERLY**
Loan.No ▮▮▮▮▮▮▮▮▮ *[P26]*

Pool.No

Space above for recorder's use

Assignment-Interv.-Recorded

## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERICAN BROKERS CONDUIT ITS SUCCESSORS AND ASSIGNS,**

located at **P.O. BOX 2026, FLINT, MI 48501-2026**
does hereby grant, assign, transfer and set over unto **Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage-Backed Pass-Through Certificates Series 2006-3**

located at **1525 S. Beltline Rd.  Coppell, TX 75019**
_____ its successors
and assigns a certain Mortgage or Deed of Trust dated **JUNE 6, 2006**
executed by **KATHERINE L CAITO**
_____ as Grantor(s),
and recorded in Volume **1541**    Page No. **252**    Instrument No. **00003845**
of the Mortgage or Deed of Trust records in the office of the Town Clerk in the
Town of **WESTERLY**    State of Rhode Island on the **12th** day of **JUNE 2006**
Time of recording **11:35:54A**   .
Property Address: **16 YOSEMITE VALLEY RD WESTERLY, RI 02891**

Loan No.

(NMRI.RI)
C=S.260.0013     MIN ▮▮▮▮▮▮▮▮▮▮▮▮    MERS PHONE: 1-888-679-6377
P=S.002.00070.82    J=am8040112a1.s.09023

Page 1 of 2

Loan.No ████████ [P26]                                    BOOK 1932 PAGE 725

TOGETHER with all rights accrued or to accrue to said MORTGAGE OR DEED OF TRUST.

DATED AUGUST 27, 2012 .

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____          _____
Witness, KYLER JENSEN               SARAH HIX
                                    ASSISTANT SECRETARY

_____
Witness, CRISTINA HUITRON


STATE OF IDAHO          )
                        ) ss
COUNTY OF BONNEVILLE    )

On AUGUST 27, 2012 , before me, the undersigned, a Notary Public in and for said County and State, personally appeared SARAH HIX known to me to be the person who executed the within instrument as the ASSISTANT SECRETARY , and _____ known to me to be the person who executed the within instrument as the _____ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors. WITNESS my hand and official seal.

_____                    [SEAL: EMMETT GREEN NOTARY PUBLIC STATE OF IDAHO]
EMMETT GREEN   (COMMISSION EXP. 05-31-18)
NOTARY PUBLIC


(NMRI.RI.2)                    Page 2 of 2
C=s.260.0013        MI████████████   MERS PHONE: 1-888-679-6377
P=S.002.00070.82    J=am8040112a1.s.09023

TOWN CLERK
Security Connections