# **EXHIBIT C**

# RHODE ISLAND

PREPARED BY SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
SECURITY CONNECTIONS INC.
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401
PH: (208)528-9895
ATT: TERRILL NIELSON

RECEIVED FOR RECORD
WESTERLY R.I.

Oct 09, 2012 at 09:49A

BOOK  1932 PAGE  724
DOC #: 00005252

TOWN OF **WESTERLY**
Loan.No ▇▇▇▇▇▇▇▇ [P26]

Pool.No

Space above for recorder's use

Assignment-Interv.-Recorded

## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERICAN BROKERS CONDUIT ITS SUCCESSORS AND ASSIGNS,**

located at **P.O. BOX 2026, FLINT, MI 48501-2026**
does hereby grant, assign, transfer and set over unto **Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage-Backed Pass-Through Certificates Series 2006-3**

located at **1525 S. Beltline Rd. Coppell, TX 75019**, its successors
and assigns a certain Mortgage or Deed of Trust dated **JUNE 6, 2006**
executed by **KATHERINE L CAITO** as Grantor(s),
and recorded in Volume **1541**  Page No. **252**  Instrument No. **00003845**
of the Mortgage or Deed of Trust records in the office of the Town Clerk in the
Town of **WESTERLY**  State of Rhode Island on the **12th** day of **JUNE 2006**
Time of recording **11:35:54A**.
Property Address: **16 YOSEMITE VALLEY RD WESTERLY, RI 02891**

Loan No.

(NMRI.RI)
C=S.260.0013          MIN ▇▇▇▇▇▇▇▇          MERS PHONE: 1-888-679-6377
P=S.002.00070.82      J=am80401l2al.s.09023

Page 1 of 2

Loan.No [REDACTED] [P26]                               BOOK  1932 PAGE  725

TOGETHER with all rights accrued or to accrue to said MORTGAGE OR DEED OF TRUST.

DATED *AUGUST 27, 2012*                         .

                    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____[signature]_____                    _____[signature]_____
Witness, *KYLER JENSEN*                          *SARAH HIX*
                                                 *ASSISTANT SECRETARY*

_____[signature]_____
Witness, *CRISTINA HUITRON*

STATE OF *IDAHO*                )
                                ) ss
COUNTY OF *BONNEVILLE*          )

On *AUGUST 27, 2012*            , before me, the undersigned, a Notary Public in and for said County and State, personally appeared *SARAH HIX*
known to me to be the person who executed the within instrument as the *ASSISTANT SECRETARY*                  , and _____
known to me to be the person who executed the within instrument as the _____ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.
WITNESS my hand and official seal.

_____[signature]_____                    [SEAL: EMMETT GREEN NOTARY PUBLIC STATE OF IDAHO]
*EMMETT GREEN*   (COMMISSION EXP. 05-31-18)
NOTARY PUBLIC

(NMRI.RI.2)                         Page 2 of 2
C=s.260.0013        MIN [REDACTED]        MERS PHONE: 1-888-679-6377
P=s.002.00070.82        J=am8040112a1.s.09023

... TOWN CLERK
Security Connections