# **EXHIBIT E**



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

06/21/2018

Account Number: ▮

Renee Barker

**Property Address:**
16 Yosemite Valley Rd, Westerly, RI 02891-5622
**Requestor Email Address:** Tara.LoVerso@ocwen.com

**Borrower(s) Name:** Katherine L Caito

# PAYOFF QUOTE
## VALID THROUGH 07/20/2018

Dear Requester,



**Why We Are Sending This Letter**

A payoff quote was requested for account number: ▮

The total amount due is **$5,998,086.95**, which will be valid through 07/20/2018



**What Needs To Be Done**

1. **Scheduled payments should still be made on time**, until the account is paid off, to avoid late charges and payments being reported as late to the credit bureaus.
2. Refer to the following pages for a detailed breakdown of this quote and for payment instructions.
3. **Payoff funds should be sent in one of the forms of certified funds listed here:** Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. **Funds not remitted in one of these forms will be returned**, and the payoff will not be processed.



**What We Will Do**

Upon receipt of payoff funds, we will verify all amounts due and contact the issuer of the funds in the event of any discrepancies.

After the payoff funds have been applied and the account has been reconciled, any overpayment of funds will be returned to the remitter through regular mail within 20 days of the receipt of the funds.

For **any questions regarding this payoff quote,** the Customer Care Center may be contacted at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
*Loan Servicing*

NMLS # 1852                                                                                                         PAYOFFE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

See below for a breakdown of the total amount required to pay off the above-referenced account on or before 07/20/2018, as well as complete payoff instructions.

**Important Note:** If there is an escrow account associated with the mortgage for property taxes and insurance, we may need to pay the tax and insurance bills before this payoff quote expires on 07/20/2018. Any additional disbursements made on behalf of the mortgage will be added to the amounts due on payoff.

| Description | Amount Due |
|---|---|
| Principal | $4,622,474.40 |
| Interest | $1,137,733.19 |
| Escrow Advance | $210,438.82 |
| Property Inspection | $14.50 |
| Property Inspection Fee | $580.00 |
| Title Report Fee | $282.00 |
| Property Valuation | $328.00 |
| FC Thru Title Searches | $520.00 |
| FC Thru Complaint | $125.00 |
| FC Thru Judgment | $556.25 |
| Additional/Hourly/Court Appearance | $50.00 |
| Demand Letter | $9.53 |
| Skip Trace/Search | $16.06 |
| Service of Process | $89.48 |
| Legal Filing Service | $640.00 |
| Sale Publication | $1,918.64 |
| Selling Officer/Sheriff Cancel Fee | $965.00 |
| Certified Mail Cost | $6.53 |
| Satisfaction Cost | $57.50 |
| Late Charges | $21,282.05 |
| **Total Amount Due** | **$5,998,086.95** |

| | |
|---|---|
| **Next Due Date** | 05/01/2012 |
| **Quoted Date** | 06/21/2018 |
| **Payoff Quote Expiration Date** | 07/20/2018 |
| **Grace Period End Date** | 06/16/2018 |
| **Original Principal Balance** | $4,500,000.00 |

Given below is a breakdown of the interest that is shown above in the amount of $1,137,733.19 due on or before 07/20/2018. Please note that interest is generally charged in arrears. On a normal amortizing loan, the current month's payment will include the interest charges for the previous month. The unpaid principal balance is not the payoff amount.

NMLS # 1852                                                                                         PAYOFFE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| From | To | Interest Amount | Interest Rate | Principal Bal. | Daily Per Diem | # Days |
|---|---|---|---|---|---|---|
| 04/01/12 | 04/30/12 | $14,090.84 | 3.65800% | $4,622,474.40 | $469.69476000 | 30 |
| 05/01/12 | 05/31/12 | $14,067.73 | 3.65200% | $4,622,474.40 | $468.92434700 | 30 |
| 06/01/12 | 06/30/12 | $14,048.47 | 3.64700% | $4,622,474.40 | $468.28233700 | 30 |
| 07/01/12 | 07/31/12 | $14,048.47 | 3.64700% | $4,622,474.40 | $468.28233700 | 30 |
| 08/01/12 | 08/31/12 | $14,048.47 | 3.64700% | $4,622,474.40 | $468.28233700 | 30 |
| 09/01/12 | 09/30/12 | $14,048.47 | 3.64700% | $4,622,474.40 | $468.28233700 | 30 |
| 10/01/12 | 10/31/12 | $14,071.58 | 3.65300% | $4,622,474.40 | $469.05275000 | 30 |
| 11/01/12 | 11/30/12 | $14,098.55 | 3.66000% | $4,622,474.40 | $469.95156400 | 30 |
| 12/01/12 | 12/31/12 | $14,121.66 | 3.66600% | $4,622,474.40 | $470.72197600 | 30 |
| 01/01/13 | 01/31/13 | $14,144.77 | 3.67200% | $4,622,474.40 | $471.49238900 | 30 |
| 02/01/13 | 02/28/13 | $14,156.33 | 3.67500% | $4,622,474.40 | $471.87759500 | 30 |
| 03/01/13 | 03/31/13 | $14,164.03 | 3.67700% | $4,622,474.40 | $472.13439900 | 30 |
| 04/01/13 | 04/30/13 | $14,164.03 | 3.67700% | $4,622,474.40 | $472.13439900 | 30 |
| 05/01/13 | 05/31/13 | $14,152.48 | 3.67400% | $4,622,474.40 | $471.74919300 | 30 |
| 06/01/13 | 06/30/13 | $14,133.22 | 3.66900% | $4,622,474.40 | $471.10718300 | 30 |
| 07/01/13 | 07/31/13 | $14,110.10 | 3.66300% | $4,622,474.40 | $470.33677000 | 30 |
| 08/01/13 | 08/31/13 | $14,094.69 | 3.65900% | $4,622,474.40 | $469.82316200 | 30 |
| 09/01/13 | 09/30/13 | $14,071.58 | 3.65300% | $4,622,474.40 | $469.05275000 | 30 |
| 10/01/13 | 10/31/13 | $14,056.17 | 3.64900% | $4,622,474.40 | $468.53914100 | 30 |
| 11/01/13 | 11/30/13 | $14,036.91 | 3.64400% | $4,622,474.40 | $467.89713100 | 30 |
| 12/01/13 | 12/31/13 | $14,017.65 | 3.63900% | $4,622,474.40 | $467.25512100 | 30 |
| 01/01/14 | 01/31/14 | $13,998.39 | 3.63400% | $4,622,474.40 | $466.61311000 | 30 |
| 02/01/14 | 02/28/14 | $13,990.69 | 3.63200% | $4,622,474.40 | $466.35630600 | 30 |
| 03/01/14 | 03/31/14 | $13,979.13 | 3.62900% | $4,622,474.40 | $465.97110000 | 30 |
| 04/01/14 | 04/30/14 | $13,967.58 | 3.62600% | $4,622,474.40 | $465.58589400 | 30 |
| 05/01/14 | 05/31/14 | $13,959.87 | 3.62400% | $4,622,474.40 | $465.32909000 | 30 |
| 06/01/14 | 06/30/14 | $13,956.02 | 3.62300% | $4,622,474.40 | $465.20068800 | 30 |
| 07/01/14 | 07/31/14 | $13,952.17 | 3.62200% | $4,622,474.40 | $465.07228500 | 30 |
| 08/01/14 | 08/31/14 | $13,936.76 | 3.61800% | $4,622,474.40 | $464.55867700 | 30 |
| 09/01/14 | 09/30/14 | $13,932.91 | 3.61700% | $4,622,474.40 | $464.43027500 | 30 |
| 10/01/14 | 10/31/14 | $13,929.06 | 3.61600% | $4,622,474.40 | $464.30187300 | 30 |
| 11/01/14 | 11/30/14 | $13,925.20 | 3.61500% | $4,622,474.40 | $464.17347100 | 30 |
| 12/01/14 | 12/31/14 | $13,917.50 | 3.61300% | $4,622,474.40 | $463.91666700 | 30 |
| 01/01/15 | 01/31/15 | $13,921.35 | 3.61400% | $4,622,474.40 | $464.04506900 | 30 |
| 02/01/15 | 02/28/15 | $13,948.32 | 3.62100% | $4,622,474.40 | $464.94388300 | 30 |
| 03/01/15 | 03/31/15 | $13,971.43 | 3.62700% | $4,622,474.40 | $465.71429600 | 30 |
| 04/01/15 | 04/30/15 | $14,006.10 | 3.63600% | $4,622,474.40 | $466.86991400 | 30 |
| 05/01/15 | 05/31/15 | $14,044.62 | 3.64600% | $4,622,474.40 | $468.15393500 | 30 |

NMLS # 1852                                                                                                                                     PAYOFFE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| From | To | Interest Amount | Interest Rate | Principal Bal. | Daily Per Diem | # Days |
|---|---|---|---|---|---|---|
| 06/01/15 | 06/30/15 | $14,083.14 | 3.65600% | $4,622,474.40 | $469.43795600 | 30 |
| 07/01/15 | 07/31/15 | $14,125.51 | 3.66700% | $4,622,474.40 | $470.85037800 | 30 |
| 08/01/15 | 08/31/15 | $14,183.29 | 3.68200% | $4,622,474.40 | $472.77640900 | 30 |
| 09/01/15 | 09/30/15 | $14,244.93 | 3.69800% | $4,622,474.40 | $474.83084300 | 30 |
| 10/01/15 | 10/31/15 | $14,333.52 | 3.72100% | $4,622,474.40 | $477.78409000 | 30 |
| 11/01/15 | 11/30/15 | $14,414.42 | 3.74200% | $4,622,474.40 | $480.48053300 | 30 |
| 12/01/15 | 12/31/15 | $14,468.34 | 3.75600% | $4,622,474.40 | $482.27816200 | 30 |
| 01/01/16 | 01/31/16 | $14,580.05 | 3.78500% | $4,622,474.40 | $486.00182200 | 30 |
| 02/01/16 | 02/29/16 | $14,722.58 | 3.82200% | $4,622,474.40 | $490.75269900 | 30 |
| 03/01/16 | 03/31/16 | $14,830.44 | 3.85000% | $4,622,474.40 | $494.34795700 | 30 |
| 04/01/16 | 04/30/16 | $14,930.59 | 3.87600% | $4,622,474.40 | $497.68641000 | 30 |
| 05/01/16 | 05/31/16 | $15,061.56 | 3.91000% | $4,622,474.40 | $502.05208100 | 30 |
| 06/01/16 | 06/30/16 | $15,165.57 | 3.93700% | $4,622,474.40 | $505.51893600 | 30 |
| 07/01/16 | 07/31/16 | $15,281.13 | 3.96700% | $4,622,474.40 | $509.37099800 | 30 |
| 08/01/16 | 08/31/16 | $15,365.88 | 3.98900% | $4,622,474.40 | $512.19584400 | 30 |
| 09/01/16 | 09/30/16 | $15,435.21 | 4.00700% | $4,622,474.40 | $514.50708100 | 30 |
| 10/01/16 | 10/31/16 | $15,492.99 | 4.02200% | $4,622,474.40 | $516.43311200 | 30 |
| 11/01/16 | 11/30/16 | $15,566.18 | 4.04100% | $4,622,474.40 | $518.87275100 | 30 |
| 12/01/16 | 12/31/16 | $15,693.30 | 4.07400% | $4,622,474.40 | $523.11002000 | 30 |
| 01/01/17 | 01/31/17 | $15,778.05 | 4.09600% | $4,622,474.40 | $525.93486500 | 30 |
| 02/01/17 | 02/28/17 | $15,847.38 | 4.11400% | $4,622,474.40 | $528.24610200 | 30 |
| 03/01/17 | 03/31/17 | $15,939.83 | 4.13800% | $4,622,474.40 | $531.32775200 | 30 |
| 04/01/17 | 04/30/17 | $16,032.28 | 4.16200% | $4,622,474.40 | $534.40940100 | 30 |
| 05/01/17 | 05/31/17 | $16,147.84 | 4.19200% | $4,622,474.40 | $538.26146300 | 30 |
| 06/01/17 | 06/30/17 | $16,301.93 | 4.23200% | $4,622,474.40 | $543.39754600 | 30 |
| 07/01/17 | 07/31/17 | $16,471.42 | 4.27600% | $4,622,474.40 | $549.04723700 | 30 |
| 08/01/17 | 08/31/17 | $16,679.43 | 4.33000% | $4,622,474.40 | $555.98094900 | 30 |
| 09/01/17 | 09/30/17 | $16,906.70 | 4.38900% | $4,622,474.40 | $563.55667100 | 30 |
| 10/01/17 | 10/31/17 | $17,118.56 | 4.44400% | $4,622,474.40 | $570.61878400 | 30 |
| 11/01/17 | 11/30/17 | $17,341.98 | 4.50200% | $4,622,474.40 | $578.06610400 | 30 |
| 12/01/17 | 12/31/17 | $17,576.96 | 4.56300% | $4,622,474.40 | $585.89863000 | 30 |
| 01/01/18 | 01/31/18 | $17,842.75 | 4.63200% | $4,622,474.40 | $594.75837300 | 30 |
| 02/01/18 | 02/28/18 | $18,108.54 | 4.70100% | $4,622,474.40 | $603.61811500 | 30 |
| 03/01/18 | 03/31/18 | $18,420.56 | 4.78200% | $4,622,474.40 | $614.01868300 | 30 |
| 04/01/18 | 04/30/18 | $18,786.51 | 4.87700% | $4,622,474.40 | $626.21687900 | 30 |
| 05/01/18 | 05/31/18 | $19,121.64 | 4.96400% | $4,622,474.40 | $637.38785900 | 30 |
| 06/01/18 | 06/30/18 | $19,479.88 | 5.05700% | $4,622,474.40 | $649.32925100 | 30 |
| 07/01/18 | 07/19/18 | $12,569.02 | 5.15200% | $4,622,474.40 | $661.52744700 | 19 |

NMLS # 1852                                                                                             PAYOFFE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

NMLS # 1852  PAYOFFE

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## PAYOFF REQUIREMENTS AND CONDITIONS

**Certified funds are required for payoff.** Payoff funds must be provided via certified funds such as: Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. Non-certified payments will not be accepted, and the payoff will not be processed.

## HOW TO SUBMIT PAYOFF FUNDS

- Wire transfers are preferred. Wire transfer is the fastest, safest and most convenient payment option. Because this is the fastest option, it may also save money on per-diem interest.
- To make a wire transfer, provide the information listed under payment methods to the remitting bank.
- Be sure to always include the borrower's name, property address and account number on any remittance. If there is an inability to wire transfer funds, the payment should be sent in certified funds by overnight mail as shown below.

## PAYMENT METHODS:

| | |
|---|---|
| Bank: | Wells Fargo Bank, NA |
| OCWEN Bank ABA Routing Number: | 121000248 |
| OCWEN Bank Account Number: | ▮▮▮▮▮ |
| Account Name: | OCWEN Loan Servicing, LLC |
| Reference: | OCWEN Customer Account Loan # ▮▮▮▮▮ Property Address, and Borrower's Name |
| Email: | Wire details to: Transferfunds@ocwen.com |

Mail Certified Funds Check to:
OCWEN Loan Servicing, LLC
Attn: Cashiering / Payoff Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Reference: OCWEN Account Number ▮▮▮▮▮

*All checks/money orders should be made payable to: OCWEN Loan Servicing, LLC. **The mortgage account number, borrower's name and property address should be included on the front of any check or money order.**

| | |
|---|---|
| Code City: OCWEN | |
| State: Florida | |
| Reference: OCWEN Account Number ▮▮▮▮▮ | |
| Agent Locator: 800.225.5227 | |

Receiver Code: 2355
Payable to: OCWEN Loan Servicing, LLC
City, State: Orlando, Florida
Reference: OCWEN Account Number ▮▮▮▮▮
Agent locator: 800.926.9400

**Western Union and MoneyGram may charge a fee for this service. Contact Western Union or MoneyGram for any payment or transaction limitations.

**This payoff amount is subject to change.** To the extent permitted by law, we reserve the right to correct any portion of this statement at any time.

NMLS # 1852                                                                                      PAYOFFE

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

- All balances are subject to change as a result of any transactions, the assessment of any fees, or any costs being incurred with respect to the account, which occur prior to the application of payoff funds. If the account is referred to foreclosure, becomes subject to a bankruptcy proceeding, if it was not already, or has any other valid fees or costs assessed to it prior to the Payoff Quote Expiration Date, this payoff quote is deemed invalid, and a new payoff quote will be provided.

- Similarly, if any payments applied to this account within the prior thirty (30) days of the date of this payoff quote are reversed for any reason, including but not limited to, insufficient funds or a stop payment being placed on a check, this payoff quote is deemed invalid, and a new payoff quote must be obtained from us to reflect the correct amount due and owing. Subsequent payoff quotes will reflect the full amount due and are subject to change for the reasons referenced above.

**Overpayment or underpayment of payoff amount.** Upon receipt of payoff funds, we will verify all amounts due and contact the issuer of the funds in the event of any discrepancies. The payoff amount does not include any applicable positive escrow balance. After the payoff funds have been applied, and the account has been reconciled, any overpayment of funds will be returned to the issuer through regular mail within 20 days of the date the funds are received. Escrow account overages will be disbursed within 20 days. Please be aware to the extent permitted by law, if the payoff funds received are less than the total amount necessary to pay the account in full, then any escrow funds remaining after payment of insurance and taxes due may be applied to the mortgage at payoff. If the desire is not to have any remaining escrow surplus funds applied to the loan at payoff, we must be notified at least 5 days prior to submitting the payoff funds. This notification may be emailed to **payoffs@ocwen.com** or faxed to **407.737.6118**. In the event of an underpayment of the required stated payoff funds, if the escrow funds are insufficient to pay the account in full, we will return the funds and continue to accrue interest on the loan.

**Monthly payments due before payoff must still be paid by due date.** Issuance of this statement does not suspend the contractual requirement to make mortgage payments when due. If payoff funds are received after the expiration of the grace period, if such a period is applicable to this mortgage account, a late charge may be due. All late charges will be paid prior to the application of any payoff funds and preparation of the satisfaction of the Mortgage/Deed of Trust.

**Escrow disbursements will proceed until payoff funds are received.** Issuing this payoff statement will not stop future escrow disbursements. Property taxes or insurance may be paid after this quote is issued. If such disbursements create escrow advances and change the amount due to satisfy the mortgage, this payoff quote will be deemed invalid, and a new payoff quote must be obtained from us to reflect the correct amount due and owing. Subsequent payoff quotes will reflect the full amount due and are subject to change as referenced above.

**Past due fees still apply.** If the account is past due, collection expenses and legal fees may be accruing.

**Per diem interest may change.** If this is an adjustable rate mortgage, the per diem interest may change prior to payoff and the new per diem interest will be applicable for the payoff as well.

**The security instrument (Deed of Trust or Mortgage) will be released after payoff.** Upon receipt of the entire payoff amount, we will execute a release and discharge of the Deed of Trust/Mortgage and, if necessary, will file a withdrawal in connection with any legal action that may have been taken with regard to this mortgage account.

**Prepayment penalty waiver may be allowed.** If the terms of the mortgage documents allow for waiver of the prepayment penalty in certain circumstances, OCWEN must be provided with the requisite documentation to demonstrate waiver of a prepayment penalty in accordance with the terms of the mortgage documents. Such documentation must be provided to the Payoff Department within sixty (60) days following the date that the payoff was made. This documentation may be emailed to **payoffs@ocwen.com** or faxed to **407.737.6118**. Unless otherwise prohibited by law, no prepayment penalty will be waived unless and until we are notified of the qualifying event.

NMLS # 1852 PAYOFFE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



| Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- |
| www.ocwen.com | West Palm Beach, FL 33409 |
| Helping Homeowners Is What We Do!® | Toll Free: 800.746.2936 |

**Please verify the Social Security Number on file for tax reporting.** Please visit our website at www.ocwencustomers.com to verify the Social Security Number on file for the purposes of year-end tax reporting, if applicable.

**For questions** regarding this payoff quote, please contact our Customer Care Center at 800.746.2936  We are available Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET

Sincerely,
*Loan Servicing*

NMLS # 1852                                                                                                                        PAYOFFE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*