UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3,<br><br>             Plaintiff,<br><br>v.<br><br>KATHERINE L. CAITO,<br><br>             Defendant,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>             Interested Party. | C.A. No. 1:18-cv-00427-JJM |

**APPLICATION FOR ENTRY OF DEFAULT**
**OF DEFENDANT KATHERINE L. CAITO**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff, Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3 ("Citibank, as Trustee"), hereby requests the Clerk of this Court enter default in this action against Defendant, Katherine L. Caito ("Defendant"), on the ground that Defendant has failed to answer or otherwise respond to Citibank, as Trustee's First Amended Verified Complaint for Judicial Foreclosure (the "Amended Complaint"), filed on September 4, 2018, within the time prescribed by the Federal Rules of Civil Procedure and in accordance with this Court's Text Order dated October 31, 2018. Citibank, as Trustee served the summons and a copy of the Amended Complaint on Defendant on October 10, 2018, as evidenced by the Proof of Service

filed with this Court on October 18, 2018 (ECF No. 9), and attached as *Exhibit A* to the Declaration of Ethan Z. Tieger.

The above facts are set forth in the accompanying Declaration of Ethan Z. Tieger.

WHEREFORE, Plaintiff, Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3, requests the Clerk of this Court enter default against Defendant, Katherine L. Caito, based upon her failure to timely respond to the First Amended Verified Complaint for Judicial Foreclosure.

> Respectfully submitted,
>
> CITIBANK, N.A., AS TRUSTEE FOR
> AMERICAN HOME MORTGAGE
> ASSETS TRUST 2006-3, MORTGAGE
> BACKED PASS-THROUGH
> CERTIFICATES SERIES 2006-3,
>
> By Its Attorneys,
>
> */s/ Ethan Z. Tieger*
> Samuel C. Bodurtha, Bar No. 7075
> Ethan Z. Tieger, Bar No. 9308
> HINSHAW & CULBERTSON LLP
> 321 South Main Street, Suite 301
> Providence, RI 02903
> Telephone: (401) 751-0842
> Facsimile: (401) 751-0072
> sbodurtha@hinshawlaw.com
> etieger@hinshawlaw.com

Dated:   November 30, 2018

## **CERTIFICATE OF SERVICE**

   I, Ethan Z. Tieger, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 30, 2018.

                */s/ Ethan Z. Tieger*
                Ethan Z. Tieger