# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

**CITIBANK, N.A AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS**
**TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3**

               VS                   C.A. NO:1:18-cv-427-JJM

**KATHERINE L. CAITO**
**INTERNAL REVENUE SERVICE**

## MOTION FOR EXTENSION OF TIME

Defendant, by her attorney, moves this Court for an extension of time to December 5, 2018 to respond to Plaintiff's complaint, The Defendant needs additional time to respond. The Motion was not properly diaried on the attorney's calendar and an additional 7 days is needed.

                                    KATHERINE L. CAITO

                                    By her Attorney

November 30, 2018

                                    /s/ John B. Ennis
                                    John B. Ennis, Esq. #2135
                                    1200 Reservoir Avenue
                                    Cranston, RI 02920
                                    401-943-9230
                                    Jbelaw75@gmail.com

## CERTIFICATION

I hereby certify that I emailed a copy of the above Motion for Extension of Time to the following electronically on this 30th day of November, 2018:

Samuel Bodurtha
Ethan Z. Tieger

/s/ John B. Ennis