# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| Citibank, N.A. as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3 <br><br> *Plaintiff(s)* <br> v. <br> Katherine L. Caito <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18-cv-427 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Katherine L. Caito
16 Yosemite Valley Road
Westerly, RI 02891

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ethan Z. Tieger, Esq.
Hinshaw & Culbertson LLP
321 South Main Street, Suite 301
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 06, 2018**         /s/ **Hanorah Tyer-Witek**
                                      **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-427

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Katherine Caito__
was received by me on *(date)* __10-9-18__ .

☑ I personally served the summons on the individual at *(place)* __16 Yosemite Valley Road, Westerly__ on *(date)* __10-10-18__ ; or @ 11:42 AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10-10-18 @ 11:42AM__

_Server's signature_ __Alan [signature] #54__

_Printed name and title_ __ALAN Whitton Deputy Sheriff #54__

_Server's address_ __670 New London Ave Cranston__

Additional information regarding attempted service, etc: