**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3,<br><br>       Plaintiff,<br><br>v.<br><br>KATHERINE L. CAITO,<br><br>       Defendant,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>       Interested Party. | C.A. No. 1:18-cv-00427-JJM |

**PLAINTIFF CITIBANK, N.A., AS TRUSTEE'S MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS**

Plaintiff, Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3 ("Plaintiff"), requests a court order extending Plaintiff's time to respond to Defendant's Requests for Production, Interrogatories and Requests for Admission served on April 15, 2019 and due May 15, 2019. In support of this motion, Plaintiff presents this request prior to the deadline to respond in accordance with Fed. R. Civ. P. 6(b)(1)(A) and at a time when Plaintiff has separately filed a motion for protective order in relation to the discovery.

303623500v1 1010069

WHEREFORE, Plaintiff, Citibank, N.A., as Trustee for American Home Mortgage

Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3, respectfully

requests that the Court grant its motion for extension of time to respond to discovery.

Respectfully submitted,

CITIBANK, N.A., AS TRUSTEE FOR
AMERICAN HOME MORTGAGE
ASSETS TRUST 2006-3, MORTGAGE
BACKED PASS-THROUGH
CERTIFICATES SERIES 2006-3,

By Its Attorneys,


*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
Ethan Z. Tieger, Bar No. 9308
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com
etieger@hinshawlaw.com

Dated:    May 2, 2019


## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system
will be sent electronically to the registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on
May 2, 2019.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha