# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3,<br><br>      Plaintiff,<br><br>v.<br><br>KATHERINE L. CAITO,<br><br>      Defendant,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>      Interested Party. | C.A. No. 1:18-cv-00427-JJM |

## PLAINTIFF CITIBANK, N.A., AS TRUSTEE'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF ITS FIRST AMENDED VERIFIED COMPLAINT FOR JUDICIAL FORECLOSURE

Pursuant to Fed. R. Civ. P. 56, DRI LR 7, and DRI LR 56, Plaintiff, Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3 ("Citibank, as Trustee"), moves for entry of summary judgment on Count I of its First Amended Verified Complaint for Judicial Foreclosure.

In support of its Motion for Summary Judgment, Citibank, as Trustee submits the accompanying Memorandum of Law, Statement of Undisputed Facts, and supporting affidavit of Ocwen Loan Servicing, LLC.

WHEREFORE, Plaintiff, Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3P1, respectfully

requests that this Court enter judgment in its favor on Counts I of its First Amended Verified Complaint for Judicial Foreclosure, enter an order authorizing Citibank, as Trustee to notice and conduct a foreclosure sale of the Property under Court oversight, and award any further relief this Court deems necessary and proper.

        Respectfully submitted,

        CITIBANK, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3,

        By Its Attorneys,

        */s/ Ethan Z. Tieger*
        Samuel C. Bodurtha, Bar No. 7075
        Ethan Z. Tieger, Bar No. 9308
        HINSHAW & CULBERTSON LLP
        56 Exchange Terrace
        Providence, RI 02903
        Telephone: (401) 751-0842
        Facsimile: (401) 751-0072
        sbodurtha@hinshawlaw.com
        etieger@hinshawlaw.com

Dated:   May 15, 2019

## LOCAL RULE 7(C) STATEMENT

     In accordance with DRI LR 7(c), Plaintiff, Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3, requests a hearing and oral argument on its Motion for Summary Judgment and estimates that one hour will be required.

        */s/ Ethan Z. Tieger*
        Ethan Z. Tieger

## **CERTIFICATE OF SERVICE**

   I, Ethan Z. Tieger, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 15, 2019.

               */s/ Ethan Z. Tieger*
               Ethan Z. Tieger

303537739v1 1010069