# EXHIBIT A

OCWEN
MSX-PMRC

Payment Reconciliation History

Page    1
--Run Date/Time--
05/14/2019 14:57

LOAN#: ███████        INVESTOR#: 4009   POOL#: 1      DATE PAYMENT DUE: 05/01/2012   INTEREST RATE: 3.65800      PRINCIPAL BAL: 4,622,474.40
BORR1: Katherine L Caito                                                                                         ESCROW BAL: -210,438.82
BORR2:
PROP: 16 Yosemite Valley Rd                                 MAIL: 1200 Reservoir Ave
Westerly RI 02891-5622                                      Cranston RI 02920-6012

| Check/ Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/01/2012 | | | Beginning Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,070.55 | -859.53 | 0.00 | 4,622,474.40 | 0.00 | 0.00 |
| | | | 02/04/2013 | Loan Disbursement | -4,623,333.93 | -4,622,474.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | 0.00 | 0.00 |
| | | | 04/01/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/11/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/01/2013 | Property Valuation | -108.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -108.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/20/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 06/04/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 06/28/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 07/01/2013 | | | Late Charge Assessment | -1,203.70 | 0.00 | 0.00 | 0.00 | 0.00 | -1,203.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/23/2013 | Skip Trace/Search | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/23/2013 | PC Thru Title Searches | -520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -520.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/30/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 08/01/2013 | | | Late Charge Assessment | -1,202.99 | 0.00 | 0.00 | 0.00 | 0.00 | -1,202.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 08/26/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 09/01/2013 | | | Late Charge Assessment | -1,202.51 | 0.00 | 0.00 | 0.00 | 0.00 | -1,202.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 09/20/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 10/11/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 10/01/2013 | | | Late Charge Assessment | -1,201.80 | 0.00 | 0.00 | 0.00 | 0.00 | -1,201.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 11/01/2013 | | | Late Charge Assessment | -1,201.33 | 0.00 | 0.00 | 0.00 | 0.00 | -1,201.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/19/2013 | Tax Disbursement-WESTERLY TOWN | -102,789.29 | 0.00 | 0.00 | -102,789.29 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -102,789.29 | 0.00 |
| | | | 11/21/2013 | Tax Credit | 102,789.29 | 0.00 | 0.00 | 102,789.29 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | 0.00 | 0.00 |
| | | | 11/29/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/18/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/01/2013 | | | Late Charge Assessment | -1,200.74 | 0.00 | 0.00 | 0.00 | 0.00 | -1,200.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/26/2013 | Tax Disbursement-WESTERLY TOWN | -113,227.22 | 0.00 | 0.00 | -113,227.22 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -113,227.22 | 0.00 |
| | | | 01/03/2014 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 01/01/2014 | | | Late Charge Assessment | -1,200.15 | 0.00 | 0.00 | 0.00 | 0.00 | -1,200.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/31/2014 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 02/01/2014 | | | Late Charge Assessment | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/26/2014 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 03/01/2014 | | | Late Charge Assessment | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/10/2014 | Property Inspection Fee | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 04/01/2014 | | | Late Charge Assessment | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/25/2014 | Property Inspection Fee | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 05/01/2014 | | | Late Charge Assessment | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/27/2014 | Tax Disbursement-WESTERLY TOWN | -54,466.77 | 0.00 | 0.00 | -54,466.77 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -167,693.99 | 0.00 |
| | | 07/17/2015 | | Skip Trace/Search | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -167,693.99 | 0.00 |
| | | 07/17/2015 | | PC Thru Title Searches | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -167,693.99 | 0.00 |
| | | 07/17/2015 | | Property Inspection Fee | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 0.00 | 4,622,474.40 | -167,693.99 | 0.00 |
| | | | 10/27/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 4,622,474.40 | -167,693.99 | 0.00 |
| | | | 11/06/2015 | Title Report Fee | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/30/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/31/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/29/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/01/2016 | Sale Publication | -714.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -714.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/01/2016 | Selling Officer/Sheriff Cancel | -425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -425.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/01/2016 | PC Thru Complaint | -125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -125.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/10/2016 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Skip Trace/Search | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Additional/Hourly/Court Appear | -50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Service of Process | -56.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -56.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Selling Officer/Sheriff Cancel | -115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -115.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/29/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/08/2016 | Sale Publication | -1,203.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,203.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/01/2016 | Selling Officer/Sheriff Cancel | -425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -425.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/13/2016 | Tax Disbursement-WESTERLY TOWN | -2.00 | 0.00 | 0.00 | -2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -167,695.99 | 0.00 |
| | | | 05/13/2016 | Tax Disbursement-WESTERLY TOWN | -42,717.83 | 0.00 | 0.00 | -42,717.83 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,413.82 | 0.00 |
| | | | 07/15/2016 | Tax Disbursement-WESTERLY TOWN | -25.00 | 0.00 | 0.00 | -25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | | 11/14/2016 | PC Thru Judgment | -556.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -556.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/28/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | 12/25/2016 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | | 12/27/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/26/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/08/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/07/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/17/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/03/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/31/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/03/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |

```
OCWEN                                    Payment Reconciliation History                                                    Page      2
MSX-PMRC                                                                                                               --Run Date/Time--
                                                                                                                      05/14/2019  14:57
```

```
LOAN#:                                 INVESTOR#:   4009      POOL#: 1        DATE PAYMENT DUE:  05/01/2012      INTEREST RATE:  3.65800      PRINCIPAL BAL:  4,622,474.40
BORR1: Katherine L Caito                                                                                                                    ESCROW BAL:      -210,438.82
BORR2:
PROP:  16 Yosemite Valley Rd                                                 MAIL: 1200 Reservoir Ave
       Westerly RI 02891-5622                                                      Cranston RI 02920-6012
```

| Check/ Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 08/07/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 09/08/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 10/10/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/13/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/13/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/11/2018 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/14/2018 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/27/2018 | Service of Process | -10.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/06/2018 | Property Valuation | -110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -110.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/21/2018 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/18/2018 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/08/2018 | Skip Trace/Search | -5.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/08/2018 | Service of Process | -22.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 06/20/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/26/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 08/20/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 09/28/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 10/22/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/03/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/04/2019 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/06/2019 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/07/2019 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/26/2019 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | Ending Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -21,282.05 | -6,231.49 | 0.00 | 0.00 | 0.00 | 0.00 |