UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CITIBANK, N.A AS TRUSTEE FOR AMERICAN HOME
MORTGAGE ASSETS
TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH
CERTIFICATES SERIES 2006-3

VS                               C.A. NO:1:18-cv-427-JJM

KATHERINE L. CAITO
INTERNAL REVENUE SERVICE

## MOTION FOR SUMMARY JUDGMENMT

Defendant, by her attorney, pursuant to FRCP 56 and for the reasons stated in the attached Memorandum of Law moves for Summary Judgment on all counts of the Amended Complaint. There is no genuine issue of material fact and the Plaintiff has not complied with the terms of the mortgage by mailing the Defendant a default notice pursuant to the terms of the mortgage and by failing to accelerate the mortgage loan prior to commencing this action. There are no genuine issues of material fact and Defendant is entitled to Judgment as a matter of law. For these reasons the complaint should be dismissed with prejudice for failure to comply with the terms of the mortgage with attorney fees and costs to the Defendant.

                                KATHERINE L. CAITO

                                By her Attorney

May 15, 2019

                                /s/ John B. Ennis
                                John B. Ennis, Esq. #2135
                                1200 Reservoir Avenue
                                Cranston, RI 02920
                                401-943-9230
                                Jbelaw75@gmail.com

## CERTIFICATION

      I hereby certify that I emailed a copy of the above Motion for Summary Judgment to the following electronically on this 15th day of May, 2019:

Samuel Bodurtha
Ethan Z. Tieger

                                /s/ John B. Ennis