UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CITIBANK, N.A. AS TRUSTEE

    VS                                          CA No. 18-cv-427JJM-LDA

KATHERINE CAITO

MOTION TO EXTEND TIME

The Defendant, by her attorney, move this Court for an extension of time to file an objection to the Motion for a Protective Order to June 3, 2019. The Defendant needs additional time to respond. This extension will not prejudice the Plaintiff since it has filed its Summary Judgment and the Defendant has filed her Summary Judgment Motion in a timely manner. No further extension will be requested by Defendant.

May 27, 2019

                                                      KATHERINE CAITO
                                                      By her Attorney

                                                      /s/ John B. Ennis
                                                      JOHN B. ENNIS, ESQ. #2135
                                                      1200 Reservoir Avenue
                                                      Cranston, Rhode Island 02920
                                                      (401) 943-9230
                                                      jbelaw75@gmail.com

CERTIFICATION OF SERVICE

  I hereby certify that I emailed a copy of this Motion to Samuel Bodurtha and Ethan Tieger on  May 27, 2019

<u>/s/ John B. Ennis, Esq.</u>