# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3,<br><br>    Plaintiff,<br><br>v.<br><br>KATHERINE L. CAITO,<br><br>    Defendant,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Interested Party. | C.A. No. 1:18-cv-00427-JJM |

## PLAINTIFF'S OBJECTION TO DEFENDANT KATHERINE L. CAITO'S SUMMARY JUDGMENT MOTION

Plaintiff, Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage Backed Pass-Through Certificates Series 2006-3 ("Citibank, as Trustee"), objects to and opposes Defendants' Motion for Summary Judgment.

In support of its motion, Plaintiff submits an accompanying Memorandum of Law, Plaintiff's Response to Statement of Undisputed Facts in Support of Summary Judgment, and Affidavit in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff respectfully requests oral argument on both Motions for Summary Judgment.

304023627v1 1010069

<table>
<tr><td></td><td>Respectfully submitted,<br><br>CITIBANK, N.A., AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3,<br><br>By: Its Attorneys,<br><br>*/s/ Samuel C. Bodurtha*<br>Samuel C. Bodurtha, RI Bar No. 7075<br>Ethan Z. Tieger, RI Bar No. 9308<br>HINSHAW & CULBERTSON LLP<br>56 Exchange Terrace<br>Providence, RI 02903<br>Phone: 401) 751-0842<br>Fax: (401) 751-0072<br>e-mail: sbodurtha@hinshawlaw.com<br>etieger@hinshawlaw.com</td></tr>
<tr><td>Dated: July 15, 2019</td><td></td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 15, 2019.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha