# EXHIBIT G

## *209 CMR 56.04*

This document reflects all regulations in effect as of 05/31/2019

*Code of Massachusetts Regulations  >  TITLE 209: DIVISION OF BANKS AND LOAN AGENCIES  > CHAPTER 56.00: FORECLOSURE PREVENTION OPTIONS*

## 56.04:  Right to Cure Notice

In accordance with *209 CMR 56.03*, the "90-day Right to Cure Your Mortgage Default" notice must conform to the following:

View Table

**90-day**Right to Cure Your Mortgage Default

$ (Date $ )

$ (POSTAL DELIVERY METHOD $ )

**$ (Recipient Name $ )**

**$ (Street Address $ )**

**$ (City, ST ZIP Code $ )**

RE: $ (PROPERTY ADDRESS $ ); loan $ (ACCOUNT NO. $ ) with $ (MORTGAGEE $ ); $ (MORTGAGE BROKER/LOAN ORIGINATOR, if applicable $ )

To $ (NAME OF BORROWER/S $ ):

We are contacting you because you did not make your monthly loan payment $ (s $ ) due on $ (MORTGAGE PAYMENT DUE DATE/S $ ) to $ (MORTGAGEE $ ). You must pay the past due amount of $ (PAYABLE AMOUNT $ ) on or before $ (90 DAY EXPIRATION DATE $ ), which is 90 days from the date of this notice. The past due amount on the date of this notice is specified below:

* $ (UNPAID MORTGAGE PAYMENTS AND DELINQUENCY DATES $ )

* $ (INTEREST ACCRUED/PER DIEM INTEREST $ )

* $ (APPLICABLE UNPAID ESCROW CONTRIBUTIONS $ )

* $ (OTHER LATE CHARGES OR FEES $ )

If you pay the past due amount, and any additional monthly payments, late charges or fees that may become due between the date of this notice and the date when you make your payment, your account will be considered up-to-date and you can continue to make your regular monthly payments.

Make your payment directly to:

$ (INCLUDE THE NAME OF PAYMENT CONTACT, DEPARTMENT AND ADDRESS at the MORTGAGEE'S LOCATION $ ).

Please consider the following:

* You should contact the Homeownership Preservation Foundation (888-995-HOPE) to speak with counselors who can provide assistance and may be able to help you work with your lender to avoid foreclosure.

* If you are a MassHousing borrower, you may also contact MassHousing (888-843-6432) to determine if you are eligible for additional assistance. There may be other homeownership assistance available through your lender or servicer.

Samuel Bodurtha

209 CMR 56.04

* You may also contact the Division of Banks (617-956-1500) or visit *www.mass.gov/foreclosures* to find a foreclosure prevention program near you.

* After $ (90 DAY EXPIRATION DATE $ ), you can still avoid foreclosure by paying the total past due amount before a foreclosure sale takes place. Depending on the terms of the loan, there may also be other ways to avoid foreclosure, such as selling your property, refinancing your loan, or voluntarily transferring ownership of the property to $ (MORTGAGEE $ ).

**If you do not pay the total past due amount of $ (PAYABLE AMOUNT $ ) and any additional payments that may become due by $ (90 DAY EXPIRATION DATE $ ), you may be evicted from your home after a foreclosure sale. If $ (MORTGAGEE $ ) forecloses on this property, it means the mortgagee or a new buyer will take over the ownership of your home.**

If you have questions, or disagree with the calculation of your past due balance, please contact $ (MORTGAGEE $ ) at $ (LOCAL OR TOLL FREE TELEPHONE NUMBER, EXTENSION NUMBER $ ) or $ (ADDRESS $ ).

Sincerely,

 **$ (Your Name $ )**

Enclosed with this notice, there may be additional important disclosures related to applicable laws and requirements that you should carefully review.

## Statutory Authority

**REGULATORY AUTHORITY**

*209 CMR 56.00*: *M.G.L. c. 244, §§ 35A* and *35B*.

CODE OF MASSACHUSETTS REGULATIONS

End of Document

Samuel Bodurtha