UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CITIBANK, N.A AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS
TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3

      VS            C.A. NO:1:18-cv-427-JJM

KATHERINE L. CAITO
INTERNAL REVENUE SERVICE

### MOTION TO STRIKE AFFIDAVIT OF SONY PRUDENT AND EXHIBIT A

### MOTION TO STRIKE AFFIDAVIT OF SONY PRUDENT

Defendant, by her attorney, moves that this Court strike the Affidavit of Sony Prudent, pursuant to FRCP 56(c)(4) as not admissible and not made on personal knowledge and due to the fact that the affiant is not competent to testify on the matters stated. In support of this Motion, the Defendant attaches the affidavit of the Defendant and the attached Memorandum of Law and the Mortgage Modification Agreement recorded in the Land Evidence Records of the Town of Westerly.

                              KATHERINE CAITO

July 15, 2019                        By her Attorney

                              /s/ John B. Ennis
                              JOHN B. ENNIS, ESQ. #2135

>1200 Reservoir Avenue
>Cranston, Rhode Island 02920
>(401) 943-9230
>jbelaw75@gmail.com

## CERTIFICATION OF SERVICE

I hereby certify that I emailed a copy of this Motion to Strike to Samuel Bodurtha and Ethan Tieger on July 15, 2019.

/s/ John B. Ennis, Esq.