# EXHIBIT A-3

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 9414726699042053727540

Delivered

**Expected Delivery On:** Monday, November 2, 2015

See Available Actions

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 2, 2015, 2:09 pm** | **Delivered** | **WESTERLY, RI 02891** |
| Your item was delivered at 2:09 pm on November 2, 2015 in WESTERLY, RI 02891. | | |
| November 2, 2015, 8:42 am | Out for Delivery | WESTERLY, RI 02891 |
| November 2, 2015, 8:08 am | Arrived at Unit | WESTERLY, RI 02891 |
| November 1, 2015, 8:16 am | Departed USPS Regional Facility | PROVIDENCE RI DISTRIBUTION CENTER |
| October 31, 2015, 7:45 am | Arrived at USPS Regional Facility | PROVIDENCE RI DISTRIBUTION CENTER |
| October 31, 2015, 12:23 am | Arrived at USPS Regional Facility | BOSTON MA DISTRIBUTION CENTER |

See Less ^

## Available Actions

See Less ^

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

**There's an easier way to keep track of your mail and packages.**

Now, you can digitally preview your mail and automatically track packages from a secure, online dashboard. Sign up for Informed Delivery® to:

- View grayscale images of the exterior, address side of letter-sized mailpieces scheduled to arrive soon*
- Track the delivery status of packages without entering a tracking number
- Schedule a package to be redelivered if you missed a delivery
- Set up email and/or text notifications to track the delivery status of your package(s)

And more!

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input**

* Images are only provided for letter-sized mailpieces that are processed through USPS® automated equipment.

(https://www.usps.com/)

**HELPFUL LINKS**
Contact Us (https://www.usps.com/help/welcome.htm)
Site Index (https://www.usps.com/globals/site-index.htm)
FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**
About USPS Home (http://about.usps.com/)
Newsroom (http://about.usps.com/news/welcome.htm)
USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm)
Forms & Publications (http://about.usps.com/forms-publications/welcome.htm)
Government Services (https://www.usps.com/gov-services/gov-services.htm)
Careers (http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**
Business Customer Gateway (https://gateway.usps.com/)
Postal Inspectors (https://postalinspectors.uspis.gov/)
Inspector General (http://www.uspsoig.gov/)
Postal Explorer (http://pe.usps.gov/)
National Postal Museum (http://www.postalmuseum.si.edu/)
Resources for Developers (https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**
Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)
Terms of Use (http://about.usps.com/termsofuse.htm)
FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)
No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

  (https://www.facebook.com/USPS?rf=108501355848630)  (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)  (https://www.youtube.com/usps)