# EXHIBIT A-5



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

05/14/2018

Account Number: 7140182929

Katherine L Caito
16 Yosemite Valley Rd
Westerly, RI 02891-5622

Property Address:
16 Yosemite Valley Rd
Westerly, RI 02891-5622



## Mortgage Interest Rate and Monthly Payment Will Change on 07/01/2018

Dear Customer(s),



**Why We Are Sending This Letter**

Under the terms of the Adjustable-Rate Mortgage (ARM), there is a 1 month period where the interest rate remains the same. **That period ends on 06/01/2018** and the interest rate and mortgage payment may change on that date.

It is important to note the interest rate may change every 1 months for the remaining mortgage term.



**What Needs To Be Done**

It is important to note the monthly payment may change on a separate date as a result of an increase or decrease in property taxes and insurance premiums.

Daniel Robbins has been assigned as the Relationship Manager and will be the designated representative for resolution, inquiries and submission of documents.

For any questions, we can be reached toll free **Monday through Friday 8 am to 8 pm ET at 800.746.2936 enter the requested information, then select option 2, then option 4, to speak with the assigned Relationship Manager.** If Daniel Robbins is not available, another dedicated member of our Home Retention Department will be available to answer any questions. Our Customer Care Center may also be contacted at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
Loan Servicing

NMLS # 1852

ARMBKOPT_DA

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



# Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## Changes to the Mortgage Interest Rate and Payments on 07/01/2018

| | | | |
|---|---|---|---|
| Interest Rate | 4.96400% | 5.05700% | 5.05700% |
| Principal | $8,826.50 | $9,291.56 | $10,898.30 |
| Interest | $15,983.54 | $16,245.79 | $16,245.79 |
| Escrow (Taxes and Insurance)* | $13,974.50 | $13,974.50 | $13,974.50 |
| Regular Monthly Payment | $38,784.54 | $39,511.85 | $41,118.59 |
| Optional Insurance | $0.00 | $0.00 | $0.00 |
| Escrow (Taxes and Insurance)* | $13,974.50 | $13,974.50 | $13,974.50 |
| Total monthly Payment | $38,784.54 | $39,511.85 (due 07/01/2018) | $41,118.59 (due 07/01/2018) |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding the "margin." Under the Mortgage agreement, the index rate is 1.55667% and the margin is 3.50000%. The 1 Year Treasury Bill Constant Maturity is published Monthly in Federal Reserve. The calculated amount is rounded by 0.00100%.

**Future Limits on Interest Rate Changes:** The rate cannot go higher than 9.95000%, or lower than 3.50000% over the life of the loan.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the 1 Year Treasury Bill Constant Maturity, the margin, the account balance of $3,855,042.21, and the remaining Mortgage term of 217 months.

**Warning about Increase in The Account Balance:** The new payment covers only part of the interest and no principal, unless otherwise reflected in the chart above. Therefore, the unpaid interest will add to the balance on the account. In order to fully pay off the account by the end of the mortgage term at the new interest rate, $41,118.59 would have to be paid per month.

**Prepayment Penalty:** None

For contact information for counseling agencies or program, call the U.S. Department of Housing and Urban Development (HUD) at 800.569.4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. For contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp.

NMLS # 1852     ARMBKOPT_DA

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.