UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CITIBANK, N.A AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS
TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH
CERTIFICATES SERIES 2006-3

            VS                        C.A. NO:1:18-cv-427-JJM

KATHERINE L. CAITO
INTERNAL REVENUE SERVICE

### OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Defendant, by her attorney, objects to Plaintiff's Motion for Summary Judgment for the reasons stated in the attached Memorandum of Law and Affidavits. The Defendant has demonstrated that there are genuine issues of material fact, mitigating against Summary Judgment.

                                        KATHERINE L. CAITO
                                        By her Attorney

July 15, 2019

                                        /s/ John B. Ennis
                                        John B. Ennis, Esq. #2135
                                        1200 Reservoir Avenue
                                        Cranston, RI 02920
                                        401-943-9230
                                        Jbelaw75@gmail.com

## CERTIFICATION

I hereby certify that I emailed a copy of the above Objection to Motion for Summary Judgment to the following electronically on this 15th day of July, 2019:

Samuel Bodurtha
Ethan Z. Tieger

/s/ John B. Ennis