UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CITIBANK, N.A AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS
TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3

VS  C.A. NO:1:18-cv-427-JJM

KATHERINE L. CAITO
INTERNAL REVENUE SERVICE

AFFIDAVIT OF KERRI HALL

I, Kerri Hall, being duly sworn, state the following:

1. I am a legal assistant for attorney John B. Ennis at his law office at 1200 Reservoir Avenue, Cranston, Rhode Island.

2. Exhibit K is a genuine and authentic copy of an email sent to this law office by Thomas M. Bergeron the Acting Administrative Assistant to the Chief Justice of the Rhode Island Supreme Court dated July 23, 2018, which indicates that Korde & Associates was not registered to practice law in the State of Rhode Island until March 16, 2017. This document is maintained in this law office as a record. I have accessed this record by downloading this exhibit from the office computer where it was scanned and stored after receiving this document.

4.   Exhibit L is a genuine and authentic copy of the Application for Certificate of Authority of Korde & Associates, P.C. dated July 23, 2012. This document was accessed from the Secretary of State database with a search for Korde & Associates, P.C. I found the following webpage: http://business.sos.ri.gov/CorpWeb/CorpSearch/CorpSearchFormList.aspx?SEARCH_TYPE=1

I accessed this page and printed Exhibit L.

_____
KERRI HALL

Subscribed and sworn to before me on July 15, 2019 under the penalty of perjury.

_____
NOTARY PUBLIC

