# EXHIBIT K

Bergeron, Thomas &lt;tbergeron@courts.ri.gov&gt;　　　Mon, Jul 23, 12:10 PM (7 days ago)

to me, LLEinfo

Attorney Ennis,

*Korde & Associates, P.C.* received a limited liability entity (LLE) license from this Court, pursuant to Article II, Rule 10, on March 16, 2017. LLE application files are confidential; accordingly, this office cannot provide you with copies of any of the requested documents.

Thank you,

*Thomas M. Bergeron, Esq.*
*Acting Administrative Assistant*
*to the Chief Justice*
*Staff Attorney*
*Rhode Island Supreme Court*
*250 Benefit Street*
*Providence, Rhode Island  02903*
*Tel: (401) 222-8644*