

# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

IT IS HEREBY ATTESTED THAT:

The attached Form 8-K was received in this Commission on 7/28/2006, under the name of American Home Mortgage Assets Trust 2006-3, File No. 333-131641-03, pursuant to the relevant Act(s) of the Commission.

This certified document was produced from the files of this Commission on

__2/7/2019__
  *Date*

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation.

For the Commission

*Brent J. Fields*
Secretary

SEC 334 (9-12)

8-K 1 d541363.htm AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 8-K
CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported) July 28, 2006

AMERICAN HOME MORTGAGE ASSETS LLC
(Exact name of registrant as specified in its charter)

| Delaware | 333-131641-03 | 72-1600641 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 538 Broadhollow Road Melville, New York | 11747 |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code, is (516) 622-8960

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Item 9.01(c).    <u>Financial Statements, Pro Forma Financial Information and Exhibits</u>.

    (a)    Not applicable

    (b)    Not applicable

    (c)    Exhibits:

| Exhibit No. | Description |
|---|---|
| 5.1 | Opinion of Thacher Proffitt & Wood LLP dated July 28, 2006, relating to American Home Mortgage Assets Trust, Mortgage-Backed Pass-Through Certificates, Series 2006-3 |
| 8.1 | Opinion of Thacher Proffitt & Wood LLP (contained in Exhibit 5.1) |
| 23.1 | Opinion of Thacher Proffitt & Wood LLP (contained in Exhibit 5.1) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on behalf of the Registrant by the undersigned thereunto duly authorized.

AMERICAN HOME MORTGAGE ASSETS LLC

By: /s/ Alan B. Horn
Name: Alan B. Horn
Title: Executive Vice President

Dated: July 28, 2006

EXHIBIT 5.1

July 28, 2006