UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CITIBANK, N.A AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS
TRUST 2006-3, MORTGAGE BACKED PASS-THROUGH CERTIFICATES SERIES 2006-3

   VS      C.A. NO:1:18-cv-427-JJM

KATHERINE L. CAITO
INTERNAL REVENUE SERVICE

**AFFIDAVIT OF JOSEPH C. MANERA, JR.**

I, Joseph C. Manera, Jr., being duly sworn, state the following:

1. I am an attorney at law, with an office located at 1062 Reservoir Avenue, Cranston, Rhode Island 02920.

2. I have been licensed as an attorney in the State of Rhode Island since 1974.

3. A significant portion of my law practice as an attorney has consisted of real estate closings and title searches.

4. I am familiar with the charges for title searches and title reports.

5. I have regularly conducted title searches and have hired title abstractors to do title searches and am familiar with the normal and reasonable cost for such title searches and title reports.

6. I have reviewed Exhibit A, attached to this affidavit, which indicates that there was a $282.00 charge for a title report charged to the Defendant on November 6, 2019.

7. The Defendant's property is located in Westerly where titles can be searched online.

8. The charge of $282.00 for a Title Report in November, 2015 is not a reasonable charge for a title search and title report by a non- attorney. A reasonable charge for a non -attorney is no more than $150.00, which involves running the title from the start date and preparing a conclusion sheet. After the conclusion sheet is prepared, a report on title or a Title commitment would be issued stating the status of the title. A Title Commitment is prepared by the Title Company, which insures the title.

9. If the search is done online, then the reasonable charge should be reduced below $150.00.

10. I based my conclusions on upon my experience as a Title Attorney and an Attorney who has done title searches and title reports and because I am familiar with the costs and charges for title searches and title reports since 1974.

_____
JOSEPH C. MANERA, JR.

Subscribed and sworn to before me on July 17, 2019 under the pains and

penalties of perjury.

_____
NOTARY PUBLIC

# EXHIBIT A

OCWEN
MSX-PMRC

Case 1:18-cv-00427-JJM-LDA   Document 21-4   Filed 05/15/19   Page 2 of 3 PageID #: 271

Payment Reconciliation History

Page 1
--Run Date/Time--
05/14/2019  14:57

| LOAN#: | INVESTOR#: 4009 | POOL#: 1 | DATE PAYMENT DUE: 05/01/2012 | INTEREST RATE: 3.65800 | PRINCIPAL BAL.: 4,622,474.40 |
|---|---|---|---|---|---|
| BORR1: Katherine L Caito | | | | | ESCROW BAL: -210,438.82 |
| BORR2: | | | MAIL: 1200 Reservoir Ave | | |
| PROP: 16 Yosemite Valley Rd | | | Cranston RI 02920-6012 | | |
| Westerly RI 02891-5622 | | | | | |

| Check/Ref. Number | Date Payment Received | Date Payment Due | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 05/01/2012 | | Beginning Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,070.55 | 859.53 | 0.00 | 4,622,474.40 | 0.00 | 0.00 |
| | | | 02/04/2013 | Loan Disbursement | -4,623,333.93 | -4,622,474.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | 0.00 | 0.00 |
| | | | 04/01/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/11/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/01/2013 | Property Valuation | -108.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -108.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/20/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 06/04/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 06/28/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 07/01/2013 | | Late Charge Assessment | -1,203.70 | 0.00 | 0.00 | 0.00 | 0.00 | -1,203.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/23/2013 | Skip Trace/Search | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/23/2013 | FC Thru Title Searches | -520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -520.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/30/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 08/01/2013 | | Late Charge Assessment | -1,202.99 | 0.00 | 0.00 | 0.00 | 0.00 | -1,202.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 08/26/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 09/01/2013 | | Late Charge Assessment | -1,202.51 | 0.00 | 0.00 | 0.00 | 0.00 | -1,202.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 09/20/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 10/11/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 10/01/2013 | | Late Charge Assessment | -1,201.80 | 0.00 | 0.00 | 0.00 | 0.00 | -1,201.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 11/01/2013 | | Late Charge Assessment | -1,201.33 | 0.00 | 0.00 | 0.00 | 0.00 | -1,201.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/19/2013 | Tax Disbursement-WESTERLY TOWN | -102,789.29 | 0.00 | 0.00 | -102,789.29 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -102,789.29 | 0.00 |
| | | | 11/21/2013 | Tax Credit | 102,789.29 | 0.00 | 0.00 | 102,789.29 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | 0.00 | 0.00 |
| | | | 11/29/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 12/01/2013 | | Late Charge Assessment | -1,200.74 | 0.00 | 0.00 | 0.00 | 0.00 | -1,200.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/18/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/26/2013 | Tax Disbursement-WESTERLY TOWN | -113,227.22 | 0.00 | 0.00 | -113,227.22 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -113,227.22 | 0.00 |
| | | | 01/03/2014 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 01/01/2014 | | Late Charge Assessment | -1,200.15 | 0.00 | 0.00 | 0.00 | 0.00 | -1,200.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/31/2014 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 02/01/2014 | | Late Charge Assessment | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/26/2014 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 03/01/2014 | | Late Charge Assessment | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/10/2014 | Property Inspection Fee | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 04/01/2014 | | Late Charge Assessment | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/25/2014 | Property Inspection Fee | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 05/01/2014 | | Late Charge Assessment | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | -1,199.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/27/2015 | Tax Disbursement-WESTERLY TOWN | -54,466.77 | 0.00 | 0.00 | -54,466.77 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -167,693.99 | 0.00 |
| | 07/17/2015 | | | Skip Trace/Search | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -167,693.99 | 0.00 |
| | 07/17/2015 | | | FC Thru Title Searches | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -167,693.99 | 0.00 |
| | 07/17/2015 | | | Property Inspection Fee | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 10/27/2015 | Title Report Fee | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/06/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/30/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/31/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/29/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/01/2016 | Sale Publication | -714.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -714.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/01/2016 | Selling Officer/Sheriff Cancel | -425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -425.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/10/2016 | FC Thru Complaint | -125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -125.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Skip Trace/Search | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Additional/Hourly/Court Appear | -50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Service of Process | -56.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -56.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/22/2016 | Selling Officer/Sheriff Cancel | -115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -115.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/29/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/08/2016 | Sale Publication | -1,203.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,203.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/01/2016 | Selling Officer/Sheriff Cancel | -425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -425.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/13/2016 | Tax Disbursement-WESTERLY TOWN | -2.00 | 0.00 | 0.00 | -2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -167,695.99 | 0.00 |
| | | | 06/13/2016 | Tax Disbursement-WESTERLY TOWN | -42,717.83 | 0.00 | 0.00 | -42,717.83 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,413.82 | 0.00 |
| | | | 07/15/2016 | Tax Disbursement-WESTERLY TOWN | -25.00 | 0.00 | 0.00 | -25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | | 11/14/2016 | FC Thru Judgment | -556.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -556.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/28/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 12/25/2016 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | 12/25/2016 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | 12/25/2016 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | 12/25/2016 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | 12/25/2016 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | 12/25/2016 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | 12/25/2016 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | 12/25/2016 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,622,474.40 | -210,438.82 | 0.00 |
| | | | 12/27/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/26/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/07/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/17/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/03/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/31/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/03/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |

Case 1:18-cv-00427-JJM-LDA   Document 21-4   Filed 05/15/19   Page 3 of 3 PageID #: 272

| OCWEN | | | | | | | | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSX-PMRC | | | Payment Reconciliation History | | | | | | | | | | --Run Date/Time-- 05/14/2019 14:57 |

| LOAN#: | | | INVESTOR#: 4009 | POOL#: 1 | | DATE PAYMENT DUE: 05/01/2012 | INTEREST RATE: 3.65800 | | | | PRINCIPAL BAL: 4,622,474.40 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BORR1: Katherine L Caito | | | | | | | | | | | ESCROW BAL: -210,438.82 | | |
| BORR2: | | | | | | | | | | | | | |
| PROP: 16 Yosemite Valley Rd | | | | | | MAIL: 1200 Reservoir Ave | | | | | | | |
| Westerly RI 02891-5622 | | | | | | Cranston RI 02920-6012 | | | | | | | |

| Check/ Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 08/07/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 09/08/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 10/10/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/13/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/13/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/11/2018 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/14/2018 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/27/2018 | Service of Process | -10.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/06/2018 | Property Valuation | -110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -110.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/21/2018 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/18/2018 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/08/2018 | Skip Trace/Search | -5.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/08/2018 | Service of Process | -22.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -22.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 06/20/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 07/26/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 08/20/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 09/28/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 10/22/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/03/2018 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 01/04/2019 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/05/2019 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/07/2019 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 04/26/2019 | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | Ending Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -21,282.05 | -6,231.49 | 0.00 | 0.00 | 0.00 | 0.00 |