# EXHIBIT BB



# Business Services Division
## Office of the Secretary of State

## Business Entity

**Name: AHM SV, Inc.**

| Feature not available ☐ check all | Name of filing | Year filed | Date filed | Filing No. | View PDF |
|---|---|---|---|---|---|
| ☐ | Miscellaneous Filing (No Fee) | | 12/07/2010 12:00 AM | 201072669070 | 201072669070_1.pdf, 3 pgs |
| ☐ | Annual Report | 2008 | 05/08/2008 04:00 PM | 200810647640 | 200810647640_1.pdf, 1 pgs |
| ☐ | Application for Amended Certificate of Authority | | 05/08/2008 12:18 PM | 200810647730 | 200810647730_1.pdf, 3 pgs |
| ☐ | Notice of Commencement of Bankruptcy | | 11/20/2007 12:00 AM | 200702748420 | 200702748420_1.pdf, 6 pgs |
| | Annual Report | 2007 | 04/11/2007 12:00 AM | | Index Number = None (0 pages) |
| | Application for Amended Certificate of Authority | | 02/04/2005 12:00 AM | | Index Number = None (0 pages) |
| | Fictitious Business Name Statement | | 02/04/2005 12:00 AM | | Index Number = None (0 pages) |
| | Statement of Change of Registered/Resident Agent | | 12/31/2004 12:00 AM | | Index Number = None (0 pages) |
| | Statement of Change of Registered/Resident Agent Office | | 10/13/1999 | | Index Number = None (0 pages) |
| | Revocation Notice | | 08/29/1995 | | Index Number = None (0 pages) |
| | Revocation Notice | | 11/30/1994 | | Index Number = None (0 pages) |
| | Revocation Notice is Null and Void in Regard to Notice Dated | | 11/30/1994 | | Index Number = None (0 pages) |
| | Application for Amended Certificate of Authority | | 11/17/1993 | | Index Number = None (0 pages) |

Note:

Return to entity summary     NA

Business Services | Office of the Secretary of Rhode Island



Rhode Island Department of State
**Nellie M. Gorbea**
Secretary of State

HOME    BUSINESS PORTAL    ELECTIONS    CIVICS AND EDUCATION

# Entity Summary

**ID Number: 000057694**

Request certificate    New search

**Summary for:** AHM SV, Inc.

| | |
|---|---|
| The exact name of the Foreign Corporation: | AHM SV, Inc. |
| The name was changed from: | American Home Mortgage Servicing, Inc. on 05-08-2008 |
| The name was changed from: | Columbia National, Incorporated on 02-04-2005 |
| The name was changed from: | PaineWebber Mortgage Finance, Inc. on 11-17-1993 |
| The fictitious name of: | American Home Mtg Servicing was filed on 02-04-2005 |
| Entity type: | Foreign Corporation |
| Identification Number: | 000057694 |
| Date of Qualification in Rhode Island: | 09-28-1989     Effective Date: 09-28-1989 |
| Date of Bankruptcy Notice: | 11-20-2007 |
| Organized under the laws of: | State: MD   Country: USA |

**The location of the Principal Office:**

Address: 538 BROADHOLLOW ROAD
City or Town, State, Zip, Country:   MELVILLE, NY 11747 USA

**The mailing address or specified office:**

Address:
City or Town, State, Zip, Country:

Agent Resigned: N          Address Maintained: Y

**The name and address of the Registered Agent:**

Name:    CORPORATION SERVICE COMPANY
Address: 222 JEFFERSON BOULEVARD, SUITE 200
City or Town, State, Zip, Country:   WARWICK, RI 02888 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | MICHAEL STRAUSS | 538 BROADHOLLOW ROAD MELVILLE, NY 11747- USA |

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Series | Par value per share | Total Authorized No. of shares | Total Issued and outstanding No. of shares |
|---|---|---|---|---|
| CNP | | $ 0.0000 | 5,000 | 0 |

**Purpose:**

RESIDENTIAL MORTGAGE LENDING

**North American Industry Classification System Code(NAICS):**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Amended
Annual Report - Reinstatement
Annual Reports - Prior to 2006

Click here to access 2006 and 2007 annual reports filed prior to July 25, 2007. The corporate ID is required.

View filings

New search

Business Services Division | Rhode Island Department of State