# EXHIBIT DD

RI SOS   Filing Number: 200810647730   Date: 05/08/2008 12:18 PM

APR. 17. 2008 11:45AM   AMERICAN-HOME-MORTGAGE   NO. 4325   P. 41

Filing Fee: $75.00                                    ID Number: 000057694



**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Office of the Secretary of State
Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615

## BUSINESS CORPORATION

### APPLICATION FOR
### AMENDED CERTIFICATE OF AUTHORITY

Pursuant to the provisions of Section 7-1.2-1411 of the General Laws of Rhode Island, 1956, as amended, the undersigned corporation hereby applies for an Amended Certificate of Authority to transact business in the State of Rhode Island, and for that purpose submits the following statement:

1. The name of the corporation is   AMERICAN HOME MORTGAGE SERVICING, INC.

2. It is incorporated under the laws of   Maryland

3. A Certificate of Authority was issued to the corporation by the office of the Secretary of State of the State of Rhode Island on   09/28/1989   , authorizing it to transact business in Rhode Island under the name of:
AMERICAN HOME MORTGAGE SERVICING, INC.

4. The corporate name of the corporation has been changed to   AHM SV, Inc.

*(If no change, so indicate.)*

5. The name, if different, which it elects to use in Rhode Island is:

   (a) *If the name of the corporation in its jurisdiction of incorporation does not contain the word "corporation," "company," "incorporated," or "limited," or an abbreviation thereof, then list the name of the corporation with the addition of one of the above corporate endings for use in Rhode Island:*

   (b) *If the corporate name is not available in Rhode Island, then set forth below the fictitious name under which the corporation will qualify and transact business in Rhode Island as stated in the "Fictitious Business Name Statement" to be filed with this Application:*

6. The corporation desires to pursue in the transaction of business in Rhode Island other or additional purposes than those set forth in its prior Application for a Certificate of Authority, as follows:

   *(If no other or additional purposes are proposed, insert "No Change.")*

   no change

Form No. 151
Revised: 12/05

2008 APR 28 PM 12:14            2008 MAY -8 PM 12:18

RECEIVED                        RECEIVED
SECRETARY OF STATE              SECRETARY OF STATE
CORPORATIONS DIV                CORPORATIONS DIV

**FILED**
MAY 0 8 2008
By [signature]
12:18 71605

APR. 17. 2008 11:45AM     AMERICAN-HOME-MORTGAGE                           NO. 4325   P. 42

7. If there has been an increase in the authorized shares of the corporation, list the total number of authorized shares, including the increase *(if there has been no increase in shares, insert "no change")*:

| Total Number of Authorized Shares | Class | Series | Par Value or Statement that Shares are without Par Value |
|---|---|---|---|
| no change | | | |
| | | | |

8. (a) An estimate of the value of all property to be owned by the corporation for the following year, wherever located, is $ __0__ .

   (b) An estimate of the value of the corporation's property to be located within Rhode Island during the following year is $ __0__ .

   (c) An estimate, expressed as a percentage, of the proportion that the estimated value of the property of the corporation to be located within this state during the following year bears to the value of all property of the corporation to be owned during the following year, wherever located, is __0__ %. *[divide (b) by (a) and multiply by 100 to obtain the percentage]*

9. (a) An estimate of the gross amount of business to be transacted by the corporation during the following year is $ __0__ .

   (b) An estimate of the gross amount of business to be transacted by the corporation at or from places of business in Rhode Island during the following year is $ __0__ .

   (c) An estimate, expressed as a percentage, of the proportion that the gross amount of business to be transacted by the corporation at or from places of business in this state during the following year bears to the gross amount thereof which will be transacted by the corporation during the following year is __0__ %. *[divide (b) by (a) and multiply by 100 to obtain the percentage]*

10. Except as herein modified, the original Application for Certificate of Authority continues in full force and effect and is hereby confirmed, ratified and incorporated by reference into this Application for Amended Certificate of Authority.

11. This Application for Amended Certificate of Authority shall be effective upon filing unless a specified date is provided which shall be no later than the 90th day after the date of this filing _____

Date: __4-15-08__

Under penalty of perjury, I declare and affirm that I have examined this Application for Amended Certificate of Authority, including any accompanying attachments, and that all statements contained herein are true and correct.

_____
Signature of Authorized Officer of the Corporation

Alan Horn, Secretary
_____
Type or Print Name of Authorized Officer



State of Rhode Island and Providence Plantations
**A. Ralph Mollis**
*Secretary of State*

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

I, A. RALPH MOLLIS, Secretary of State of the State of Rhode Island and Providence Plantations, hereby certify that this document, duly executed in accordance with the provisions of Title 7 of the General Laws of Rhode Island, as amended, has been filed in this office on this day:
May 08, 2008 12:18 PM

A. RALPH MOLLIS

*Secretary of State*



22134-5-240211

RI SOS Filing Number: 200810647640 Date: 05/08/2008 4:00 PM

**State of Rhode Island and Providence Plantations**
*Office of the Secretary of State*

A. Ralph Mollis, Secretary of State
Corporations Division
148 W. River Street
Providence, RI 02904-2615
401.222.3040

## PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR 2008

Filing Period: January 1 - March 1 • Filing Fee: $50.00* THIS REPORT MUST BE TYPED OR PRINTED LEGIBLY IN BLACK INK
* In accordance with R.I.G.L. 7-1.2-1501(e), each corporation failing or refusing to file its annual report within thirty (30) days after the time prescribed by law (R.I.G.L. 7-1.2-1501(c)(d)) is subject to a penalty fee of $25.00.

| 1. Corporate ID No. | 2. Name of Corporation | | |
|---|---|---|---|
| 000057694 | AHM SV, Inc. (changing name from American Home Mortgage Servicing, Inc.) | | |
| 3. Street Address Principal Business Office | City | State | Zip |
| 538 Broadhollow Road | Melville | NY | 11747 |
| 4. Business Phone No. | 5. State of Incorporation | | |
| | Maryland | | |

6. Brief Description of the Character of Business Conducted in Rhode Island
residential mortgage lending

7. NAMES AND ADDRESSES OF THE OFFICERS: ("X" BOX FOR ATTACHMENT) ☐ FILL IN SPACES BEFORE USING ATTACHMENTS

| President Name | | | Vice President Name | | |
|---|---|---|---|---|---|
| Michael Strauss | | | Alan Horn | | |
| Street Address | | | Street Address | | |
| 538 Broadhollow Road | | | 538 Broadhollow Road | | |
| City | State | Zip | City | State | Zip |
| Melville | NY | 11747 | Melville | NY | 11747 |
| Secretary Name | | | Treasurer Name | | |
| Alan Horn | | | Stephen Hozie | | |
| Street Address | | | Street Address | | |
| 538 Broadhollow Road | | | 538 Broadhollow Road | | |
| City | State | Zip | City | State | Zip |
| Melville | NY | 11747 | Melville | NY | 11747 |

8. NAMES AND ADDRESSES OF THE DIRECTORS: ("X" BOX FOR ATTACHMENT) ☐ FILL IN SPACES BEFORE USING ATTACHMENTS

| Director Name | | | Director Name | | |
|---|---|---|---|---|---|
| Michael Strauss | | | | | |
| Street Address | | | Street Address | | |
| 538 Broadhollow Road | | | | | |
| City | State | Zip | City | State | Zip |
| Broadhollow | NY | 11747 | | | |
| Director Name | | | Director Name | | |
| | | | | | |
| Street Address | | | Street Address | | |
| | | | | | |
| City | State | Zip | City | State | Zip |

9. SHARES AUTHORIZED ("X" BOX FOR ATTACHMENT) ☐
AUTHORIZED SHARES

10. SHARES ISSUED ("X" BOX FOR ATTACHMENT) ☐
ISSUED SHARES — THIS SECTION MUST BE COMPLETED

| Number of Shares | Class/Series | Par Value | Number of Shares | Class/Series | Par Value |
|---|---|---|---|---|---|
| 5000 | Common | no par value | 3000 | Common | no par value |

This report must be executed on behalf of the corporation by an authorized representative. If the corporation is in the hands of a receiver or trustee, this report must be executed on behalf of the corporation by the receiver or trustee.

FILED
File Date MAY 0 8 2008
Check No.
By AMF
FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

Signature / Date 5-5-2008
Print or Type Name: Alan Horn
Title: Secretary

Form 630 Rev. 12/06

22134-4-240212