# EXHIBIT EE

RI SOS   Filing Number: 200704773060   Date: 12/18/2007 12:51 PM

**Filing and License Fee: $310.00 minimum**                                    ID Number: _____

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Office of the Secretary of State
Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615

**FILED**

**DEC 1 8 2007** 12:51

By ___KMC___
044812

**BUSINESS CORPORATION**

**APPLICATION FOR CERTIFICATE OF AUTHORITY**

Pursuant to the provisions of Section 7-1.2-1405 of the General Laws of Rhode Island, 1956, as amended, the undersigned foreign corporation hereby applies for a Certificate of Authority to transact business in the State of Rhode Island, and for that purpose submits the following statement:

1. The name of the corporation is   AH Mortgage Acquisition Co., Inc.

2. It is incorporated under the laws of   Delaware

3. The name, if different, which it elects to use in Rhode Island is:

    (a) *If the name of the corporation in its jurisdiction of incorporation does not contain the word "corporation," "company," "incorporated," or "limited," or an abbreviation thereof, then list the name of the corporation with the addition of one of the above corporate endings for use in Rhode Island:*

    _____

    (b) *If the corporate name is not available in Rhode Island, then set forth below the fictitious name under which the corporation will qualify and transact business in Rhode Island as stated in the "Fictitious Business Name Statement" to be filed with this application:*

    _____

4. The date of its incorporation is   09/06/2007   and the period of its duration is   Perpetual

5. The address of its principal office in the state or country under the laws of which it is incorporated is _____

    c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware, 19801

6. The address of its proposed registered office in Rhode Island is   10 Weybosset Street
                                                                     (Street Address, **not** P.O. Box)

    Providence _____ , RI   02903   and the name of its proposed registered agent in Rhode Island at
        (City/Town)                               (Zip Code)

    that address is   C T Corporation System
                           (Name of Agent)

7. The purpose or purposes which it proposes to pursue in the transaction of business in Rhode Island are:
    SEE ATTACHMENT

8. (a) The names and respective addresses of its directors (optional unless directors are required under the laws of the state or country of which it is incorporated).

| | Name | Address |
|---|---|---|
| Director | David H. Storper | 1166 Avenue of the Americas, New York, NY 10036 |
| Director | Josh Seegopaul | 1166 Avenue of the Americas, New York, NY 10036 |
| Director | | |
| Director | | |

Form No. 150
Revised: 12/05

R1039 - 09/25/06 C T Filing Manager Online

(b) The names and respective addresses of its principal officers (mandatory if directors are not required under the laws of the state or country of which it is incorporated).

| | Name | Address |
|---|---|---|
| President | David H. Storper | 1166 Avenue of the Americas, New York, NY 10036 |
| Vice President | Josh Seegopaul | 1166 Avenue of the Americas, New York, NY 10036 |
| Treasurer | | |
| Secretary | David H. Storper | 1166 Avenue of the Americas, New York, NY 10036 |

9. The aggregate number of shares which it has authority to issue, itemized by classes, par value of shares, shares without par value, and series, if any, within a class, is:

| Number of Shares | Class | Series | Par Value or Statement that Shares are without Par Value |
|---|---|---|---|
| 500,000 | Series A Preferred St | | 0.0001 |
| 500,000 | Undesignated Series | | 0.0001 |
| 1,000,000 | Common Stock | | 0.0001 |

10. (a) An estimate of the value of all property to be owned by the corporation for the following year, wherever located, is $ 0.0000 .

(b) An estimate of the value of the corporation's property to be located within Rhode Island during the following year is $ 0.0000 .

(c) An estimate, expressed as a percentage, of the proportion that the estimated value of the property of the corporation to be located within this state during the following year bears to the value of all property of the corporation to be owned during the following year, wherever located, is _____ - 0 - %. [divide (b) by (a) and multiply by 100 to obtain the percentage].

11. (a) An estimate of the gross amount of business to be transacted by the corporation during the following year is $ 540,000,000.00 .

(b) An estimate of the gross amount of business to be transacted by the corporation at or from places of business in Rhode Island during the following year is $ 5,400,000.00 .

(c) An estimate, expressed as a percentage, of the proportion that the gross amount of business to be transacted by the corporation at or from places of business in this state during the following year bears to the gross amount thereof which will be transacted by the corporation during the following year is _____ 1 %. [divide (b) by (a) and multiply by 100 to obtain the percentage].

12. This application is accompanied by a certificate of Good Standing issued by the proper officer of the state or country under the laws of which it is incorporated.

13. This Application for Certificate of Authority shall be effective upon filing unless a specified date is provided which shall be no later than the 90th day after the date of this filing _____

Under penalty of perjury, I declare and affirm that I have examined this Application for Certificate of Authority, including any accompanying attachments, and that all statements contained herein are true and correct.

Date: December 11, 2007

_____
Signature of Authorized Officer of the Corporation

Josh Seegopaul, Vice President
Type or Print Name of Authorized Officer

**Attachment to Rhode Island
Corporate Purposes**

The specific corporate purpose of the corporation is to engage in the servicing of mortgage loans and to conduct any and all activities necessary or incidental thereto. Notwithstanding the foregoing, the purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized to do business under the laws of its jurisdiction of incorporation

# Delaware

PAGE  1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "AH MORTGAGE ACQUISITION CO., INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTIETH DAY OF NOVEMBER, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

4419020   8300

071271107

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6200325

DATE: 11-30-07



State of Rhode Island and Providence Plantations
**A. Ralph Mollis**
*Secretary of State*

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

I, A. RALPH MOLLIS, Secretary of State of the State of Rhode Island and Providence Plantations, hereby certify that this document, duly executed in accordance with the provisions of Title 7 of the General Laws of Rhode Island, as amended, has been filed in this office on this day:
December 18, 2007 12:51 PM

A. RALPH MOLLIS

*Secretary of State*



16917-2-202868