# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CITIBANK, NA AS TRUSTEE**

          Plaintiff

v.                                             Case No. **18-CV-427JJM**

**KATHERINE L. CAITO**

          Defendant

## NOTICE OF APPEAL

Notice is hereby given that **KATHERINE L. CAITO**, Name

the **DEFENDANT** (Party type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the **3 ORDERS- RE: SUMMARY JUDGMENT MOTION TO STRIKE** (Final judgment or description of order) entered in this action on **DECEMBER 18, 2019** (Date of entry).

Respectfully submitted,

| | |
|---|---|
| **John B. Ennis** | /S/ **JOHN B. ENNIS** |
| Name | Signature |
| **2135** | **01/17/2020** |
| Bar Number | Date |
| **John B. Ennis, Esq** | **(401)943-9230** |
| Firm/Agency | Telephone Number |
| **1200 Reservoir Avenue** | **(401)946-5006** |
| Address | Fax Number |
| **Cranston, RI 02920** | **jbelaw75@gmail.com** |
| City, State, Zip Code | E-mail Address |